ACCEPTED
03-14-00510-CV
4122911
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 10:52:18 AM
JEFFREY D. KYLE
CLERK

**No. 03-14-00510-CV**

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 10:52:18 AM
JEFFREY D. KYLE
Clerk

NOAH S. BUNKER, PAUL CARRELL, EVERETT BREW HOUSTON, JR.,
W. ANDREW BUCHHOLZ, SCOTT J. LEIGHTY, JAD L. DAVIS
AND HOLLY CLAUSE,
*Appellants and Cross-Appellees,*

**v.**

TRACY D. STRANDHAGEN,
*Appellee and Cross-Appellant.*

ON APPEAL FROM THE 353RD JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. ORLINDA NARANJO, PRESIDING; CAUSE NO. D-1-GN-13-002811

**UNOPPOSED MOTION TO EXTEND TIME TO FILE
APPELLEE'S BRIEF**

Daniel H. Byrne
Texas Bar No. 03565600
Dbyrne@fbhh.com
FRITZ, BYRNE, HEAD & HARRISON, PLLC
98 San Jacinto Boulevard, Suite 2000
Austin, Texas 78701
Telephone: (512) 476-2020
Telecopy: (512) 477-5267

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Tracy D. Strandhagen ("Appellee") respectfully requests this Court for a 10-day extension of time to file Appellee's Brief and shows the Court the following:

1.     There is no specific deadline to file this motion to extend time.  *See* TEX. R. APP. P. 38.6(d).

2.     Appellants Noah S. Bunker, Paul Carrell, Everett Brew Houston, Jr., W. Andrew Buchholz, Scott J. Leighty, Jad L. Davis, and Holly Clause ("Appellants") are unopposed to this motion.

3.     The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4.     Appellant's brief was filed on January 14, 2015, after this Court granted two unopposed extensions of time for Appellant to file such brief.

5.     Appellee's brief is due on February 13, 2015.

6.     Appellee requests an additional 10 days to file her brief, extending the time until February 23, 2015.

7.    No extension has been granted to extend the time to file Appellee's brief.

8.    The requested extension is unfortunately necessitated by several unavoidable, pre-existing deadlines and professional obligations by Appellee's counsel in other matters, all of which have required or will require significant commitments of time before February 13, 2015.

## PRAYER

For these reasons, Appellee Tracy D. Strandhagen asks the Court to grant her an extension of time to file her brief until February 23, 2015.

## CERTIFICATE OF CONFERENCE

Christine E. Burgess, counsel for Appellee conferred with Amanda Taylor, counsel for Appellant, regarding the Motion to Extend Time to File Appellee's Brief, and Ms. Taylor is unopposed to such Motion.

Respectfully submitted,

FRITZ, BYRNE, HEAD & HARRISON, PLLC
98 San Jacinto Boulevard, Suite 2000
Austin, Texas 78701
Telephone: (512) 476-2020
Facsimile: (512) 477-5267

By: /s/ Christine E. Burgess
    Daniel H. Byrne
    Texas Bar No. 03565600
    dbyrne@fbhh.com
    Lessie G. Fitzpatrick
    Texas Bar No. 24012630
    lfitzpatrick@fbhh.com
    Christine E. Burgess
    Texas Bar No. 00793428
    cburgess@fbhh.com

*Counsel for Appellee Firstmark Credit Union*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was served on the following counsel of record on February 12, 2015, by e-service and email.

Amanda G. Taylor
ataylor@textaxlaw.com
MARTENS, TODD, LEONARD & TAYLOR
301 Congress Avenue, Suite 1950
Austin, Texas 78701
Facsimile: (512) 542-9899

*Attorney for Appellants/Cross-Appellees*

                     /s/ Christine E. Burgess
                     Christine E. Burgess